DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN HARRIS BROOKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>STEVEN HARRIS BROOKS,<br><br>　　　　　*Defendant.* | No. 1:09-cr-0372 LJO<br><br>DEFENDANT'S STIPULATION TO RESET MOTIONS SCHEDULE AND HEARING, AND ORDER<br><br>DATE: January 8, 2010<br>TIME:　8:30 AM<br>JUDGE:　Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that a new motions schedule be set as follows: government's responses to defense motions shall be filed on or before December 24, 2009, replies shall be due on or before December 31, 2009, and **the hearing on motions now set for December 11, 2009, may be continued to January 8, 2010, at 8:30 A.M.**

　　　　This continuance is requested by counsel for Defendant. Counsel was unable to file the anticipated motion within the set time. Counsel needed additional time to prepare the motion and is able to file the motion at this time. As a consequence of the counsel's filing of the motion on today's date, government's counsel needs additional time to prepare a response to the motion. The requested continuance will conserve time and resources for all parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) and (iv).

<pre>
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED:  December 9, 2009        By   /s/  Elana S. Landau
                                    ELANA S. LANDAU
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED:  December 9, 2009        By   /s/  Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    STEVEN HARRIS BROOKS
</pre>

**ORDER**

GOOD CAUSE IS QUESTIONABLE, SINCE NO REASON WAS PROVIDED FOR BEING UNABLE TO FILE THE TIMELY MOTIONS.   THIS TIME, HOWEVER, COUNSEL IS GIVEN THE BENEFIT AND THE STIPULATION/REQUEST IS GRANTED.   TIME IS EXCLUDED.

IT IS SO ORDERED.

**Dated:   December 10, 2009**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE