| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>STEVEN HARRIS BROOKS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-0372 LJO |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S STIPULATION TO |
| v. | ) | CONTINUE STATUS CONFERENCE |
| | ) | HEARING, AND [PROPOSED] ORDER |
| STEVEN HARRIS BROOKS, | ) | |
| | ) | DATE:  April 9, 2010 |
| Defendant. | ) | TIME:   8:30 AM |
| | ) | JUDGE:  Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for March 12, 2010, may be continued to April 9, 2010, at 8:30 a.m.

This continuance is requested by counsel for Defendant .  As stated at last appearance, counsel for defendant was acquiring all the prior convictions suffered by Mr. Brooks in order to properly advise him of the guideline sentence in his case.  Most of the files have been received, however, there are still a few relevant files missing.  Additional time is needed to receive these files and advise Mr. Brooks of the terms of the plea agreement and the guideline calculations.  Counsel is not available until the April 9, 2010 date, and Assistant United States Attorney Kimberly Sanchez is in agreement to this continuance.   The requested continuance will conserve time and resources for all parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: March 9, 2010        By  /s/ Kimberly Sanchez
                                KIMBERLY SANCHEZ
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: March 9, 2010        By  /s/ Francine Zepeda
                                FRANCINE ZEPEDA
                                Assistant Federal Defender
                                Attorney for Defendant
                                STEVEN HARRIS BROOKS

**ORDER**

**GOOD CAUSE EXISTS FOR THE CONTINUANCE, AS REQUESTED. IT IS GRANTED.**

IT IS SO ORDERED.

**Dated:   March 11, 2010**        /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                 2