DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN HARRIS BROOKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>STEVEN HARRIS BROOKS,<br><br>        *Defendant.* | No. 1:09-cr-0372 LJO<br><br>DEFENDANT'S STIPULATION TO CONTINUE DATE FOR FILING OF OBJECTIONS TO PRESENCE REPORT AND SENTENCING HEARING; ORDER<br><br>DATE: July 30, 2010<br>TIME: 8:30 AM<br>JUDGE: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that any and all informal objections to the Presentence Investigation Report in the above-entitled matter shall be filed on or before July 9, 2010, any formal objections by July 23, 2010, and that the sentencing hearing now set for July 16, 2010, may be continued to **July 30, 2010, at 8:30 a.m.**

This continuance is requested to allow additional time for counsel for defendant to prepare objections and a sentencing memorandum. Some investigation regarding matters contained within the presentence investigation report is also anticipated.

///

///

///

```
                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED:  June 28, 2010          By   /s/ Kimberly Sanchez
                                    KIMBERLY SANCHEZ
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED:  June 28, 2010          By   /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    STEVEN HARRIS BROOKS
```

## ORDER

Good cause is marginal.  Benefit of the doubt gives way to the stipulation.

                              IT IS SO ORDERED.

**Dated:    June 29, 2010**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE