| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>STEVEN HARRIS BROOKS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-0372 LJO |
| Plaintiff, | ) ) | STIPULATION CONTINUING SENTENCING; ORDER THEREON |
| v. | ) ) | Date:  August 27, 2010 |
| STEVEN HARRIS BROOKS, | ) ) | Time:  8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, Counsel for Plaintiff, and Assistant Federal Defender Francine Zepeda, Counsel for Defendant Steven Harris Brooks, that the sentencing currently set for June 28, 2010, **may be continued to August 27, 2010, at 8:30 a.m.**

This continuance is requested to allow additional time for counsel for defendant to research and prepare formal objections to the presentence investigation report and a sentencing memorandum.

///

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 27, 2010 | By /s/ *Kimberly Sanchez*<br>KIMBERLY SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 27, 2010 | By /s/ *Francine Zepeda*<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorney for Defendant<br>STEVEN HARRIS BROOKS |

### **ORDER**

Pursuant to the parties' stipulation, and good cause due to illness, the sentencing currently set for July 30, 2010, is continued to August 27, 2010, at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   July 27, 2010**          /s/ **Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

BROOKS: STIPULATION CONTINUING SENTENCING;
ORDER THEREON                        −2−